UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **J.P. MORGAN SECURITIES LLC,** | ) |
| Plaintiff, | ) Case No. 2:22-cv-11657-TGB-CI |
| v. | ) |
| | ) Honorable Terrence G. Berg |
| **DAVID M. ANDERSON,** | ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff, J.P. Morgan Securities LLC ("JPMorgan" or "Plaintiff") and Defendant, David M. Anderson ("Defendant") as follows:

1. Defendant acknowledges having signed a Non-Solicitation Agreement as that term is defined in Paragraph 20 of Plaintiff's Complaint (ECF 1).

2. Defendant agrees that (a) until the sooner of (i) the arbitrators issue a decision following a final hearing on the merits in the FINRA Dispute Resolution proceeding commenced by Plaintiff (as alleged in Paragraph 1 of Plaintiff's Complaint), (ii) the end of the restricted period set forth in Sections 8 and 9 of the Non-Solicitation Agreement, or (iii) any other agreement that is reached between the parties, he shall continue to abide by the restrictions in Sections 8 and 9 of the

Non-Solicitation Agreement; and (b) he shall continue to abide by the confidentiality obligations in Section 7 of the Non-Solicitation Agreement.

3. For the avoidance of doubt, nothing in this Stipulated Order shall prohibit Defendant from processing account transfer requests or doing business with JPMorgan clients after their accounts transfer to him at Stifel, Nicolaus & Company, Incorporated.

4. Plaintiff and Defendant further stipulate that the parties waive their right to a preliminary injunction hearing, and that this Court need take no action on Plaintiff's request for a temporary restraining order, preliminary injunction, or for expedited discovery (other than "So Ordering" this Stipulated Order).

5. Plaintiff and Defendant further stipulate that by entering into this Stipulated Order, and by consenting to this Stipulated Order being "So Ordered" by the Court, Defendant does not agree to or admit any liability or acknowledge any wrongdoing, nor shall entering into such Stipulated Order be deemed to be an admission of any liability or acknowledgement of any wrongdoing by any party. Plaintiff and Defendant further stipulate that the Court, by "So Ordering" this Stipulated Order, does not make any findings of fact or any determination as to liability, and further it is not making any findings as to whether Defendant violated any agreement with or obligation to Plaintiff.

6. This Stipulated Order is without prejudice to the rights, remedies, claims, counterclaims, or defenses of any party hereto, and no party hereto shall argue in the FINRA arbitration that this Stipulated Order precludes the making of any substantive argument in the FINRA arbitration.

7. This Stipulated Order shall not prevent the FINRA arbitration panel from issuing any order on the appropriateness of permanent injunctive relief after a hearing on the merits or by agreement of the parties.

*[the remainder of this page is blank]*

SO ORDERED.

/s/Terrence G. Berg
Hon. Terrence G. Berg
U.S. District Court Judge

DATED this 17th day of August, 2022.

STIPULATED AND AGREED TO ON BEHALF OF THE PARTIES.

| **ABBOTT NICHOLSON, P.C.** | **JAFFE, RAITT, HEUER & WEISS, P.C.** |
|---|---|
| By: /s/ Timothy J. Kramer<br>Timothy J. Kramer (P36223)<br>1900 W. Big Beaver Rd., Ste. 203<br>Troy, Michigan 48084<br>(313) 566-2500<br>tjkramer@abbottnicholson.com | By: /s/Mark L. Kowalsky<br>Mark L. Kowalsky (P35573)<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>(248) 351-3000<br>mkowalsky@jaffelaw.com |
| **PADUANO & WEINTRAUB LLP**<br>Leonard Weintraub<br>1251 Avenue of the Americas<br>9th Floor<br>New York, New York 10020<br>(212) 785-9100<br>lw@pwlawyers.com | **VEDDER PRICE P.C.**<br>James V. Garvey<br>222 North LaSalle Street<br>Suite 260<br>Chicago, Illinois 60601<br>(312) 609-7500<br>jgarvey@vedderprice.com |
| *Attorneys for Plaintiff*<br>*J.P. Morgan Securities LLC* | *Attorneys for Defendant*<br>*David M. Anderson* |

4877-6784-5678, v. 1